## City Ice Company *v.* Easton Merchants' Ice Company, Appellant.

*Practice, Supreme Court—Appeals — Preliminary injunction — Consideration of merits.*

On an appeal from an order granting a preliminary injunction the Supreme Court will not consider the merits of the case where there was apparently sufficient ground for the action of the lower court.

Argued May 13, 1919. Appeal, No. 29, Jan. T., 1920, by defendant, from decree of C. P. Northampton Co., sitting in equity, April T., 1919, No. 4, granting a preliminary injunction in the case of City Ice Company v. Easton Merchants' Ice Company. Before BROWN, C. J., MOSCHZISKER, FRAZER, WALLING, SIMPSON and KEPHART, JJ. Affirmed.

Bill in equity for a preliminary injunction.  Before STEWART, P. J.

The court continued the preliminary injunction until further order.  Defendant appealed.

*Errors assigned* were (1-6) the conclusions of law and (7) the decree of the court.

*Edward J. Fox,* with him *James W. Fox,* for appellant.

*H. J. Steele,* with him *Geo. F. Coffin,* for appellee.

PER CURIAM, June 21, 1919:

This appeal is from a preliminary injunction.  As there was apparently sufficient ground for the action of the court below, we will not, under our established practice, consider the merits of the case at this stage of it, and the status quo will not be disturbed, but will be continued to final hearing: Gemmell et al. v. Fox et al., 241 Pa. 146; Hoffman v. Howell, 242 Pa. 112; Bixler v. Swartz, 257 Pa. 300.

Appeal dismissed at the costs of the appellant.